**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00471-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JOSE EZEUIEL RIVAS-REYES,

    Defendant.

___

**ORDER SETTING TRIAL DATES AND DEADLINES**
___

This matter has been scheduled for a **three-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **January 27, 2014** at 9:00 a.m.  It is

ORDERED THAT all pretrial motions shall be filed by **December 10, 2013**, and responses to these motions shall be filed by **December 17, 2013**.  It is further

ORDERED that a Trial Preparation Conference is set for **January 22, 2014** at 12:15 p.m. in Courtroom A601.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)        timing of presentation of witnesses and evidence;

    4)        anticipated evidentiary issues;

    5)        any stipulations as to fact or law; and

    6)        any other issue affecting the duration or course of the trial.

DATED: November 26, 2013.

                                      BY THE COURT:

                                      _____
                                      RAYMOND P. MOORE
                                      United States District Judge